UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ISABEL MATA AND JOEL MATA, SR., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., and DOES 1-100 inclusive, <br><br> Defendants. | CASE NO.: CV13-03771 BRO (CWx) <br><br> **JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE** <br><br> *[Assigned to the Hon. Beverly Reid O'Connell, District Judge]* |

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1  On July 31, 2013, the Court entered an Order granting the Motion to Dismiss
2  Complaint filed by defendant WELLS FARGO BANK, N.A. (successor by merger
3  with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a
4  World Savings Bank, FSB) ("Wells Fargo").  Accordingly:

5  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

6  1. The Complaint is dismissed with prejudice;

7  2. Judgment is entered in favor of defendant Wells Fargo and against
8  plaintiffs Isabel Mata and Joel Mata; and

9  3. Plaintiffs Isabel Mata and Joel Mata shall take and recover nothing in
10  this action from defendant Wells Fargo.

11  **IT IS SO ORDERED.**

13  Dated:  August 8, 2013

15  By: _____
16  HON. BEVERLY REID O'CONNELL
    United States District Court Judge

93000/FR0938/00704728-1

CV13-03771 BRO (CWx)
CERTIFICATE OF SERVICE